BEFORE THE SECOND DIVISION, DECEMBER 29, 1958

No. 62643.—Beer Stern Import Corp. *v.* United States, protests 327942–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C. D. 1944), the claim of the plaintiff was sustained.